**Earnings Statement**     **ADP**

*365 HEALTH SERVICES LLC*
*325 CHESTNUT STREET SUITE 1005*
*PHILADELPHIA, PA-19106*

| | |
|---|---|
| Period Beginning: | 02/01/2026 |
| Period Ending: | 02/07/2026 |
| Pay Date: | 02/13/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DIANA RIVERA**
**313 EAST THAYER STREET**
**PHILADELPHIA PA 19134**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 3,640.00 |
| Overtime | 19.5000 | 43.25 | 843.38 | 5,406.40 |
| Holiday | | | | 477.75 |
| **Gross Pay** | | | **$1,363.38** | 9,524.15 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 83.25 | |

**Important Notes**

COMPANY PH#: 215 309 5654

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -130.14 | 906.68 |
| | Social Security Tax | -84.53 | 590.50 |
| | Medicare Tax | -19.77 | 138.10 |
| | PA State Income Tax | -41.86 | 292.41 |
| | Philadelphia Income Tax | -50.99 | 356.22 |
| | PA SUI Tax | -0.96 | 6.67 |
| | **Net Pay** | **$1,035.13** | |
| | Chkck1 | -1,035.13 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,363.38

© 2000 ADP, Inc.

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| Advice number: | 00000072429 |
|---|---|
| Pay date: | 02/13/2026 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DIANA RIVERA | xxxxx7656 | xxxx xxxx | $1,035.13 |

**NON-NEGOTIABLE**

**Earnings Statement**  ADP®

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| | |
|---|---|
| Period Beginning: | 02/08/2026 |
| Period Ending: | 02/14/2026 |
| Pay Date: | 02/20/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

DIANA RIVERA
313 EAST THAYER STREET
PHILADELPHIA PA 19134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 4,160.00 |
| Overtime | 19.5000 | 44.00 | 858.00 | 6,264.40 |
| Holiday | | | | 477.75 |
| **Gross Pay** | | | **$1,378.00** | 10,902.15 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 84.00 | |

**Important Notes**

COMPANY PH#: 215 309 5654

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -133.36 | 1,040.04 |
| | Social Security Tax | -85.43 | 675.93 |
| | Medicare Tax | -19.98 | 158.08 |
| | PA State Income Tax | -42.30 | 334.71 |
| | Philadelphia Income Tax | -51.54 | 407.76 |
| | PA SUI Tax | -0.96 | 7.63 |
| | **Net Pay** | **$1,044.43** | |
| | Chkck1 | -1,044.43 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,378.00

© 2000 ADP, Inc.

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| | |
|---|---|
| Advice number: | 00000082468 |
| Pay date: | 02/20/2026 |

Deposited to the account of
DIANA RIVERA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7656 | xxxx xxxx | $1,044.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings  Statement

365  HEALTH  SERVICES  LLC
325  CHESTNUT  STREET  SUITE  1005
PHILADELPHIA,   PA-19106

| | |
|---|---|
| Period  Beginning: | 02/15/2026 |
| Period  Ending: | 02/21/2026 |
| Pay  Date: | 02/27/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**DIANA  RIVERA
313  EAST  THAYER  STREET
PHILADELPHIA  PA  19134**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 4,680.00 |
| Overtime | 19.5000 | 45.00 | 877.50 | 7,141.90 |
| Holiday | | | | 477.75 |
| **Gross Pay** | | | **$1,397.50** | 12,299.65 |

| Other Benefits and Information | this  period | total  to  date |
|---|---|---|
| Totl Hrs Worked | 85.00 | |

**Important Notes**

COMPANY  PH#: 215 309 5654

BASIS  OF  PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -137.65 | 1,177.69 |
| | Social Security Tax | -86.65 | 762.58 |
| | Medicare Tax | -20.26 | 178.34 |
| | PA State Income Tax | -42.90 | 377.61 |
| | Philadelphia Income Tax | -52.27 | 460.03 |
| | PA SUI Tax | -0.98 | 8.61 |
| **Net Pay** | | **$1,056.79** | |
| Chkck1 | | -1,056.79 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,397.50

© 2000  ADP,  Inc.

365  HEALTH  SERVICES  LLC
325  CHESTNUT  STREET  SUITE  1005
PHILADELPHIA,   PA-19106

| | |
|---|---|
| Advice  number: | 00000092489 |
| Pay  date: | 02/27/2026 |

THIS  IS  NOT  A  CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| DIANA  RIVERA | xxxxx7656 | xxxx  xxxx | $1,056.79 |

**NON-NEGOTIABLE**

**Earnings Statement**

*365 HEALTH SERVICES LLC*
*325 CHESTNUT STREET SUITE 1005*
*PHILADELPHIA,    PA-19106*

| Period Beginning: | 02/22/2026 |
|---|---|
| Period Ending: | 02/28/2026 |
| Pay Date: | 03/06/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**DIANA  RIVERA**
**313  EAST  THAYER  STREET**
**PHILADELPHIA  PA  19134**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 5,200.00 |
| Overtime | 19.5000 | 44.00 | 858.00 | 7,999.90 |
| Holiday | | | | 477.75 |
| **Gross Pay** | | | **$1,378.00** | 13,677.65 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 84.00 | |

**Important Notes**
COMPANY  PH#: 215 309 5654

BASIS  OF  PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -133.36 | 1,311.05 |
| | Social Security Tax | -85.43 | 848.01 |
| | Medicare Tax | -19.99 | 198.33 |
| | PA State Income Tax | -42.30 | 419.91 |
| | Philadelphia Income Tax | -51.54 | 511.57 |
| | PA SUI Tax | -0.96 | 9.57 |
| **Net Pay** | | **$1,044.42** | |
| Chkck1 | | -1,044.42 | |
| **Net Check** | | **$0.00** | |

Your  federal  taxable  wages  this  period  are
$1,378.00

© 2000 ADP, Inc.

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA , PA-19106

| Advice number: | 00000102463 |
|---|---|
| Pay date: | 03/06/2026 |

Deposited  to  the  account  of
**DIANA  RIVERA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7656 | xxxx xxxx | $1,044.42 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement



365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA,   PA-19106

| Period Beginning: | 03/01/2026 |
|---|---|
| Period Ending: | 03/07/2026 |
| Pay Date: | 03/13/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

DIANA  RIVERA
313  EAST  THAYER  STREET
PHILADELPHIA  PA  19134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 5,720.00 |
| Overtime | 19.5000 | 44.00 | 858.00 | 8,857.90 |
| Holiday | | | | 477.75 |
| **Gross Pay** | | | **$1,378.00** | 15,055.65 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 84.00 | |

**Important Notes**
COMPANY  PH#: 215 309 5654

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -133.36 | 1,444.41 |
| | Social Security Tax | -85.44 | 933.45 |
| | Medicare Tax | -19.98 | 218.31 |
| | PA State Income Tax | -42.30 | 462.21 |
| | Philadelphia Income Tax | -51.54 | 563.11 |
| | PA SUI Tax | -0.97 | 10.54 |
| | **Net Pay** | **$1,044.41** | |
| | Chkck1 | -1,044.41 | |
| | **Net Check** | **$0.00** | |

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,378.00

365  HEALTH  SERVICES  LLC
325  CHESTNUT  STREET  SUITE 1005
PHILADELPHIA ,  PA-19106

| Advice number: | 00000112471 |
|---|---|
| Pay date: | 03/13/2026 |



| Deposited  to  the  account  of | account number | transit ABA | amount |
|---|---|---|---|
| DIANA  RIVERA | xxxxx7656 | xxxx  xxxx | $1,044.41 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| | |
|---|---|
| Period Beginning: | 03/08/2026 |
| Period Ending: | 03/14/2026 |
| Pay Date: | 03/20/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DIANA RIVERA**
**313 EAST THAYER STREET**
**PHILADELPHIA PA 19134**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 6,240.00 |
| Overtime | 19.5000 | 43.75 | 853.13 | 9,711.03 |
| Holiday | | | | 477.75 |
| **Gross Pay** | | | **$1,373.13** | 16,428.78 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 83.75 | |

**Important Notes**
COMPANY PH#: 215 309 5654

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -132.28 | 1,576.69 |
| | Social Security Tax | -85.13 | 1,018.58 |
| | Medicare Tax | -19.91 | 238.22 |
| | PA State Income Tax | -42.16 | 504.37 |
| | Philadelphia Income Tax | -51.36 | 614.47 |
| | PA SUI Tax | -0.96 | 11.50 |
| | **Net Pay** | **$1,041.33** | |
| | Chkck1 | -1,041.33 | |
| | **Net Check** | **$0.00** | |

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,373.13

© 2000 ADP, Inc.

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| | |
|---|---|
| Advice number: | 00000122541 |
| Pay date: | 03/20/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DIANA RIVERA | xxxxx7656 | xxxx xxxx | $1,041.33 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP®**

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| | |
|---|---|
| Period Beginning: | 03/15/2026 |
| Period Ending: | 03/21/2026 |
| Pay Date: | 03/27/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**DIANA RIVERA**
**313 EAST THAYER STREET**
**PHILADELPHIA PA 19134**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 6,760.00 |
| Overtime | 19.5000 | 43.25 | 843.38 | 10,554.41 |
| Holiday | 19.5000 | -.25 | -4.87 | 472.88 |
| **Gross Pay** | | | **$1,358.51** | 17,787.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.07 | 1,705.76 |
| | Social Security Tax | -84.23 | 1,102.81 |
| | Medicare Tax | -19.70 | 257.92 |
| | PA State Income Tax | -41.71 | 546.08 |
| | Philadelphia Income Tax | -50.81 | 665.28 |
| | PA SUI Tax | -0.95 | 12.45 |
| | **Net Pay** | **$1,032.04** | |
| | Chkck1 | -1,032.04 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 83.00 | |

**Important Notes**

COMPANY PH#: 215 309 5654

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,358.51

© 2000 ADP, Inc.

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| | |
|---|---|
| Advice number: | 00000132559 |
| Pay date: | 03/27/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DIANA RIVERA | xxxxx7656 | xxxx xxxx | $1,032.04 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP®**

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA,  PA-19106

| | |
|---|---|
| Period Beginning: | 03/22/2026 |
| Period Ending: | 03/28/2026 |
| Pay Date: | 04/03/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

DIANA  RIVERA
313  EAST  THAYER  STREET
PHILADELPHIA  PA  19134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 7,280.00 |
| Overtime | 19.5000 | 44.00 | 858.00 | 11,412.41 |
| Holiday | | | | 472.88 |
| **Gross Pay** | | | **$1,378.00** | 19,165.29 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 84.00 | |

**Important Notes**

COMPANY  PH#: 215 309 5654

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -133.36 | 1,839.12 |
| | Social Security Tax | -85.44 | 1,188.25 |
| | Medicare Tax | -19.98 | 277.90 |
| | PA State Income Tax | -42.30 | 588.38 |
| | Philadelphia Income Tax | -51.54 | 716.82 |
| | PA SUI Tax | -0.97 | 13.42 |
| | **Net Pay** | **$1,044.41** | |
| | Chkck1 | -1,044.41 | |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are
$1,378.00

© 2000 ADP, Inc.

365  HEALTH  SERVICES  LLC
325  CHESTNUT  STREET  SUITE  1005
PHILADELPHIA ,  PA-19106

| | |
|---|---|
| Advice number: | 00000142558 |
| Pay date: | 04/03/2026 |



Deposited  to  the  account  of
DIANA  RIVERA

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxx7656 | xxxx  xxxx | $1,044.41 |

**NON-NEGOTIABLE**



# Earnings Statement

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA,   PA-19106

| | |
|---|---|
| Period Beginning: | 03/29/2026 |
| Period Ending: | 04/04/2026 |
| Pay Date: | 04/10/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard Withholding  Table

DIANA  RIVERA
313  EAST  THAYER  STREET
PHILADELPHIA  PA  19134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 7,800.00 |
| Overtime | 19.5000 | 44.00 | 858.00 | 12,270.41 |
| Holiday | | | | 472.88 |
| **Gross Pay** | | | **$1,378.00** | 20,543.29 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 84.00 | |

**Important Notes**
COMPANY  PH#: 215 309 5654

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -133.36 | 1,972.48 |
| | Social Security Tax | -85.43 | 1,273.68 |
| | Medicare Tax | -19.98 | 297.88 |
| | PA State Income Tax | -42.30 | 630.68 |
| | Philadelphia Income Tax | -51.54 | 768.36 |
| | PA SUI Tax | -0.96 | 14.38 |
| | **Net Pay** | **$1,044.43** | |
| | Chkck1 | -1,044.43 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,378.00

© 2000 ADP, Inc.

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA , PA-19106

| | | |
|---|---|---|
| Advice number: | 00000152567 | |
| Pay date: | 04/10/2026 | |


THIS IS NOT A CHECK

Deposited  to the account  of

| | account number | transit ABA | amount |
|---|---|---|---|
| DIANA  RIVERA | xxxxx7656 | xxxx xxxx | $1,044.43 |

**NON-NEGOTIABLE**



# Earnings Statement

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| | | |
|---|---|---|
| Period Beginning: | 04/05/2026 |
| Period Ending: | 04/11/2026 |
| Pay Date: | 04/17/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DIANA RIVERA
313 EAST THAYER STREET
PHILADELPHIA PA 19134**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 8,320.00 |
| Overtime | 19.5000 | 44.00 | 858.00 | 13,128.41 |
| Holiday | | | | 472.88 |
| **Gross Pay** | | | **$1,378.00** | 21,921.29 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -133.36 | 2,105.84 |
| | Social Security Tax | -85.44 | 1,359.12 |
| | Medicare Tax | -19.98 | 317.86 |
| | PA State Income Tax | -42.30 | 672.98 |
| | Philadelphia Income Tax | -51.54 | 819.90 |
| | PA SUI Tax | -0.96 | 15.34 |
| | **Net Pay** | **$1,044.42** | |
| | Chkck1 | -1,044.42 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 84.00 | |

**Important Notes**
COMPANY PH#: 215 309 5654

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,378.00

© 2000 ADP, Inc.

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

| | |
|---|---|
| Advice number: | 00000162586 |
| Pay date: | 04/17/2026 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DIANA RIVERA | xxxxx7656 | xxxx xxxx | $1,044.42 |

## NON-NEGOTIABLE