# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No.  26-11642-AMC |
| Diana Rivera, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on May 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: May 6, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

## Method of Service: First Class Mail

**Avant/Webbank**
222 North LaSalle Street
Suite 1600
Chicago, IL 60601

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Brightway/Onemain**
Po Box 3316
Evansville, IN 47732

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Cherry Technologies Inc**
Attn: Bankruptcy
2261 Market Street #4869
San Francisco, CA 94114

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
P.O. Box 790046
Saint Louis, MO 63179

**City of Philadelphia**
Law Tax and Revenue Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102

**Comenity Bank**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Imagine Credit**
Attn: Account Services/Bankruptcy
P.O. Box 105824
Atlanta, GA 30348-5824

**Macy's/ DSNB**
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**Mariner Finance**
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236-5904

**Mercury/Fbt**
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

**Mission Lane Llc**
Po Box 105286
Atlanta, GA 30348

**Nordstrom FSB**
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

**Springlf Fin**
Po Box 1010
Evansville, IN 47706

**Sunbit, Inc**
Attn: Bankruptcy
10940 Wilshire Blvd
Los Angeles, CA 90024

**Synchrony Bank**
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

**Target NB**
C/O Financial & Retail Services Mailstop BT
PO Box 9475
Minneapolis, MN 55440

**Tbom Acima Class Cre/C**
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076