# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                    Case No.  26-11642-AMC

      Diana Rivera,                                      Chapter 13

           Debtor.

**Certificate of Service**

I, Michael A. Cibik, certify that on July 7, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 7, 2026

                                    /s/ Michael A. Cibik
                                    Michael A. Cibik (#23110)
                                    Cibik Law, P.C.
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    215-735-1060
                                    mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

## Method of Service: First Class Mail

**City of Philadelphia**
Law Tax and Revenue Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102

## Method of Service: Certified Mail

**Mariner Finance**
Attn: Joshua Johnson, CEO
8110 Corporate Drive
Nottingham, MD 21236