UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Diana Rivera<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-11642-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 28th day of August, 2026 by first class mail upon those listed below:

Diana Rivera
313 E Thayer St
Philadelphia, PA 19134-1623

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Office of the United States Trustee

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee