Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Diana Rivera
313 E Thayer St
Philadelphia, PA 19134-1623

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11642-AMC**

Petition Filed Date: 04/17/2026
341 Hearing Date: 05/29/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/26/2026 | $639.50 | | 06/04/2026 | $591.00 | | 06/22/2026 | $591.00 | |
| 06/29/2026 | $591.00 | | | | | | | |

**Total Receipts for the Period: $2,412.50 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,412.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PINNACLE CREDIT SERVICES LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK USA NA<br>»» 003 | Unsecured Creditors | $2,230.92 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,488.70 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,879.67 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,396.88 | $0.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,085.00 | $0.00 | $4,085.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» 007 | Unsecured Creditors | $3,029.92 | $0.00 | $0.00 |
| 8 | ONEMAIN FINANCIAL GROUP LLC<br>»» 008 | Unsecured Creditors | $14,271.79 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $860.47 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $1,373.23 | $0.00 | $0.00 |
| 11 | ONEMAIN FINANCIAL GROUP LLC<br>»» 011 | Unsecured Creditors | $838.13 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,356.20 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,938.39 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11642-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC<br>»» 014 | Unsecured Creditors | $912.58 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP LLC<br>»» 015 | Unsecured Creditors | $1,032.13 | $0.00 | $0.00 |
| 16 | WEBBANK<br>»» 016 | Unsecured Creditors | $1,197.08 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $1,494.82 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $1,099.25 | $0.00 | $0.00 |
| 19 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 019 | Unsecured Creditors | $833.22 | $0.00 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 020 | Unsecured Creditors | $1,016.14 | $0.00 | $0.00 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 021 | Unsecured Creditors | $1,555.77 | $0.00 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 022 | Unsecured Creditors | $1,024.30 | $0.00 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 023 | Unsecured Creditors | $673.02 | $0.00 | $0.00 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 024 | Unsecured Creditors | $1,802.88 | $0.00 | $0.00 |
| 25 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 025 | Unsecured Creditors | $787.64 | $0.00 | $0.00 |
| 26 | MARINER FINANCE LLC<br>»» 26S | Secured Creditors | $644.56 | $0.00 | $0.00 |
| 27 | MARINER FINANCE LLC<br>»» 26U | Unsecured Creditors | $3,696.06 | $0.00 | $0.00 |
| 28 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $1,348.70 | $0.00 | $0.00 |
| 29 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $1,039.38 | $0.00 | $0.00 |
| 30 | LVNV FUNDING LLC<br>»» 029 | Unsecured Creditors | $826.57 | $0.00 | $0.00 |
| 31 | LVNV FUNDING LLC<br>»» 030 | Unsecured Creditors | $835.61 | $0.00 | $0.00 |
| 32 | LVNV FUNDING LLC<br>»» 031 | Unsecured Creditors | $1,096.48 | $0.00 | $0.00 |
| 33 | CAVALRY SPV INVESTMENTS LLC<br>»» 032 | Unsecured Creditors | $1,392.50 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,412.50 | Current Monthly Payment: | $1,272.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,544.00 |
| Paid to Trustee: | $185.77 | Total Plan Base: | $76,188.50 |
| Funds on Hand: | $2,226.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.