# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Diana Rivera,<br><br>Debtor. | Case No. 26-11642-AMC<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on November 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 2, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

## Method of Service: First Class Mail

**City of Philadelphia**
Law Tax and Revenue Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102

**Mariner Finance**
Attn: Joshua Johnson, CEO
8110 Corporate Drive
Nottingham, MD 21236

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond Tax
Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617